# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00296-CV

**Pac Global Insurance Brokerage, Inc., Pac Global Insurance and
Fortis Corporate Insurance N.V., Appellants**

**v.**

**Lawrence Gleason and Megan Gleason, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-06-003873, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a "Notice of Withdrawal of Appeal," in which they state that they no longer desire to pursue this appeal. We dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellants' Motion

Filed: August 8, 2008